UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VALERIE DEAN PERALES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:24-cv-05803-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,650.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: December 23, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge